EL PUEBLO DE PUERTO RICO, demandante y apelado *v.* JOSÉ MUÑIZ, c/p PEPE MUÑIZ, acusado y apelante.

*Números:* CR-62–114, CR-62–115, CR-62–116, CR-62–117
*Resueltos:* 16 de noviembre de 1962

*Rafael Toro Cuberge* y *Héctor Martínez Colón,* abogados del apelante; *J. B. Fernández Badillo, Procurador General,* y *Peter Ortiz, Procurador General Auxiliar,* abogados de El Pueblo.

Sala integrada por el Juez Presidente Señor Negrón Fernández y los Jueces Asociados Señores Blanco Lugo y Ramírez Bages.

PER CURIAM: ■■■ Al apelante se le imputó la comisión de cuatro infracciones a la sección 4 de la Ley Núm. 220 de 15 de mayo de 1948, 33 L.P.R.A. sec. 1250, y celebrado el juicio correspondiente se le encontró culpable. Apunta como error que existe una incongruencia fatal entre la acusación y la prueba, ya que se le imputó que "tenía en su poder una lista de papel conteniendo números de tres cifras seguidos de un guión y otros números a la derecha...y vendió al agente J...E... P... un número de dicha lista," mientras la prueba demostró que una vez efectuada la venta era que el acusado procedía a apuntar el número vendido en la lista que portaba. La frivolidad de este señalamiento es aparente. La acusación imputaba la posesión de material de bolita, *Pueblo* v. *Viruet*, 80 D.P.R. 302 (1958), y la prueba demostró tal posesión. El hecho de que la venta fuera anterior o posterior al acto de apuntar el número jugado es insustancial, y de todas formas, de existir incongruencia entre la acusación y la prueba, ésta no fue perjudicial al acusado. ■■■

El otro error señalado se refiere a la insuficiencia de la prueba. Una lectura del testimonio prestado por el agente encubierto es suficiente para destacar la frivolidad de este planteamiento. El hecho de que el fiscal no presentara la declaración de otras personas que presenciaron o estaban presentes cuando se efectuaron las transacciones de venta no es decisivo, pues consistentemente hemos resuelto que puede sostenerse la convicción con el único testimonio del agente encubierto. *Pueblo* v. *Seda*, 82 D.P.R. 719 (1961), conf. 299 F.2d 576 (1962), cert. deneg. 369 U.S. 904 (1962); *Pueblo* v. *Pérez Méndez*, 83 D.P.R. 228 (1961).

*Se confirmarán las sentencias dictadas por el Tribunal Superior, Sala de Ponce, en 19 de febrero de 1962.*